# United States District Court
# District of Massachusetts

CERTAIN INTERESTED UNDERWRITERS
at LLOYD'S LONDON,
    Plaintiff,

v.                                        CIVIL ACTION NO. 09-cv-11279-NMG

PERRY STOLBERG and JOSE
ROMERO,
    Defendants.

## *REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#14), OPPOSITION OF PERRY STOLBERG TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION OF STOLBERG FOR SUMMARY JUDGMENT (#24), AND OPPOSITION AND CROSS-MOTION OF JOSE ROMERO TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#27)*

*After consideration of defendants' objections thereto, Report and Recommendation is accepted and adopted.*

*NMGorton, USDJ 9/21/11*